■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JEFFREY M. SONDEL, Admitted on June 16, 1980, at a Term of the Appellate Division, First Department. [780 NYS2d 733]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [See 257 AD2d 127 (1999).]